AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the

| | | |
|---|---|---|
| United States of America | ) | Case No. 22-5176MJ |
| v. | ) | |
| | ) | |
| Jeremy Russell West | ) | |
| USC | ) | |
| | ) | |

_Defendant(s)_

REDACTED
## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about March 16, 2022, at or near Eloy, in Pinal County, in the District of Arizona, Jeremy Russell WEST, knowing and in reckless disregard of the fact that certain aliens, John Doe 1 and John Doe 2, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

This criminal complaint is based on these facts:

See Attached Statement of Probable Cause, Incorporated by Reference Herein

☒ Continued on the attached sheet.

SHANE R PETERSON
_Digitally signed by SHANE R PETERSON_
_Date: 2022.04.16 18:53:03 -07'_

_Complainant's signature_

Reviewed by AUSA Abbie Broughton Marsh

Shane R. Peterson, Border Patrol Agent

_Printed name and title_

Sworn to before me and signed in my presence.

Date:  April ~~16~~, 2022  17th  telephonically at 8:35 a.m.

_Judge's signature_

City and state:  Phoenix, Arizona

Honorable Deborah M. Fine, U.S. Magistrate Judge
_Printed name and title_

## STATEMENT OF PROBABLE CAUSE

I, Shane R. Peterson, being duly sworn, declare and state as follows:

1.      Your affiant is a Border Patrol Agent with United States Border Patrol, United States Customs and Border Protection, currently assigned to the Casa Grande Border Patrol Station Prosecution Unit. I have learned about this investigation and the facts contained therein from direct participation in the investigation and from the reports and communications of other Border Patrol agents and law enforcement personnel involved.

2.      At approximately 10:30 PM., on March 16, 2022, Pinal County Sheriff's Office (PCSO) Deputy Iniguez (badge #2177) and Williams (Badge #1722), patrolling the area near Eloy, conducted a vehicle stop of a Bronze 2012 Chevrolet Malibu on Interstate 10 (I-10) milepost 200, near Eloy, within the District of Arizona. I- 10 is a major interstate running east-WEST through the state of Arizona from the state's eastern border with New Mexico to its Western border with California. Based on my training and experience, I am aware that because of I-10's proximity to Arizona's border with Mexico and the access which it provides to major cities, it is frequently used by smugglers to transport illegal aliens.

3.      Deputy Williams conducted the stop of the Bronze 2012 Chevrolet Malibu for the offense of improper lane changes and burnt-out headlamps, which the driver, later identified as Jeremy Russell WEST, was issued a verbal warning. West admitted to Deputy William that he was previously arrested for human smuggling and that he was doing it again. Deputy William observed three identical camouflaged backpacks in the vehicle. The camouflaged pattern is commonly used by migrants who illegally enter the United States. Deputy William was able to communicate with WEST in English but none of the three passengers spoke English. Based on these fact, Deputy William contacted USBP for an immigration inspection.

4.      Border patrol Agent (BPA) Jesus Alvarado responded. He conducted an immigration inspection of all the Chevrolet's occupants and determined that WEST, the driver is a United States citizen. The remaining three passengers (identified as: John Doe

1, Elias Gabriel-Lara, and John Doe 2) were determined to be citizens and nationals of Mexico. All three of these passengers were determined to be illegally present in the United States, without any immigration documents allowing them to lawfully enter or remain in the United States. All four of the vehicle's occupants were arrested and transported to the Casa Grande Border Patrol Station for further processing and investigation.

5.    In transit to the Casa Grande Border Patrol station, WEST made multiple un-solicited statements alluding to his smuggling activities and the reasons for his involvement. BPA Alvarado explained to him that he was under arrest and that he would be taken to the station. WEST was not satisfied and continued to make statements that he was suicidal and that he was homeless and was smuggling to make money for his four kids.

6.    At the Casa Grande Border Patrol station, Jeremy Russell WEST was read his *Miranda* Rights via form I-214 at 12:51 PM by Supervisory BPA Mark Wickett, as witnessed by BPA Anthony Farrell. Jeremy WEST refused to sign the I-214 form and did not agree to be interviewed by agents without the presence of an attorney.

7.    At the Casa Grande Border Patrol station, a custodial interview was conducted on John Doe 1. John Doe 1 is a citizen and national of Mexico who admitted to illegally crossing into the United States. John Doe 1 stated that he entered the United States illegally before, about a week ago, and that his final destination would be South Carolina. John Doe 1 was expected to initially pay $2,500 to enter the United States and then pay an additional $9,000 when he reached Phoenix. John Doe 1 crossed the Mexico/United States international boundary fence in Naco, Sonora with two other individuals. He was picked up by a grey car and described the driver as a "white guy" with a beard, black hat, and tattoos. The driver, Jeremy Russell WEST, was the only occupant of the vehicle at the time. John Doe 1 knew this vehicle was going to Phoenix, Arizona. John Doe 1 stated that he rode in the vehicle for about two hours before it was stopped by law enforcement. John Doe 1 was shown a six-pack photographic line-up containing the photos of six different individuals with a number corresponding to each photograph. John Doe 1 positively identified Jeremy Russell WEST as the driver that picked him up and at the time of arrest.

8.      At the Casa Grande Border Patrol station, a custodial interview was conducted on John Doe 2. John Doe 2 is a citizen and national of Mexico who admitted to illegally crossing into the United States. John Doe 2 stated that he entered the United States illegally before and that his final destination would be South Carolina. John Doe 2 crossed the Mexico/United States international boundary fence on March 15, 2022, with two other individuals. He was picked up by a grey car and described the driver as a man who wore a black hat and a white shirt. John Doe 2 stated that they were in the car for about two hours before they were stopped by law enforcement. John Doe 2 was shown a six-pack photographic line-up containing the photos of six different individuals with a number corresponding to each photograph. John Doe 2 positively identified Jeremy Russell WEST as the driver that picked him up and at the time of arrest.

9.      Based on the above-stated facts, your affiant submits that there is probable cause to believe that  the defendant, Jeremy Russell WEST, knowing or in reckless disregard of the fact that certain alien namely: John Doe 1 and John Doe 2, had come to, entered, or remained in the United States in violation of law, did knowingly transport or move said aliens within the United States by means of transportation or otherwise, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

///

///

///

///

///

///

///

///

///

///

10.     This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer the oath for this purpose.

SHANE R
PETERSON

Digitally signed by SHANE R
PETERSON
Date: 2022.04.16 18:53:59 -07'(

Shane R. Peterson
Border Patrol Agent
United States Border Patrol

Telephonically sworn to and subscribed this 17th day of April, 2022.
at 8:35 a.m.

HONORABLE Deborah M. Fine
United States Magistrate Judge